

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00358-CR

Ernest **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0171-CRA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was originally due October 12, 2020. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to November 11, 2020. On October 25, 2020, 2020, appellant filed a motion requesting an additional extension of time to file the brief until December 11, 2020, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by December 11, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court